**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**KEY WEST DIVISION**

CASE NO. 20-10066-CIV-KING/REID

CHAD ALLEN KIRK,

    Plaintiff,

v.

KEY WEST CITIZEN,

    Defendant.

_____/

**FINAL ORDER OF DISMISSAL**

THIS CAUSE is before the Court on the September 4, 2020 Report and Recommendation ("R&R") (DE 8) of Magistrate Judge Lisette M. Reid. The R&R recommends dismissal of Plaintiff's civil rights complaint for failure to state a claim upon which relief can be granted pursuant to § 1915(e)(2)(B)(ii). *See id.* Plaintiff's *pro se* objections (DE 10) were received September 4, 2020.

Upon consideration of the record and the R&R, the Court finds that Magistrate Judge Reid's well-reasoned R&R accurately states the law of the case. Accordingly, it is **ORDERED, ADJUDGED and DECREED** that Magistrate Judge Lisette M. Reid's Report and Recommendation **(DE 8)** be, and the same hereby is, **AFFIRMED and ADOPTED** as an Order of this Court, and Plaintiff's Complaint **(DE 1)** is **DISMISSED** for failure to state a claim pursuant to § 1915(e)(2)(B)(ii). The Clerk of Court shall **CLOSE** this case.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 23rd day of September, 2020.

*James Lawrence King*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:
Counsel of Record